```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF ALABAMA
          SOUTHERN DIVISION
```

| | |
|---|---|
| **MARIO ANDJUAN PEEPLES,** | : |
| Petitioner | : |
| vs. | : CIVIL ACTION 09-00624-WS-B |
| **UNITED STATES JUSTICE DEPARTMENT,** | : |
| Respondent. | : |
| | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 4th of January, 2010.

s/WILLIAM H. STEELE<br>
UNITED STATES DISTRICT JUDGE