IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARIO ANDJUAN PEEPLES, | : | |
| Petitioner | : | |
| vs. | : | CIVIL ACTION 09-00624-WS-B |
| UNITED STATES JUSTICE DEPARTMENT, | : | |
| | : | |
| Respondent. | : | |
| | : | |

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 4th of January, 2010.

<u>s/WILLIAM H. STEELE</u>
UNITED STATES DISTRICT JUDGE